1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TOMMY PONCE SR.,                          No. 1:22-cv-00978-KES-SAB (HC)

12                 Petitioner,                 ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS, DENYING
13        v.                                   PETITION FOR WRIT OF HABEAS
                                               CORPUS, DIRECTING CLERK OF COURT
14   PATRICK COVELLO,                          TO CLOSE CASE, AND DECLINING TO
                                               ISSUE CERTIFICATE OF APPEALABILITY
15                 Respondent.
                                               (ECF No. 24)
16

17

18        Tommy Ponce Sr. ("Petitioner") is a state prisoner proceeding *pro se* with a petition for

19   writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. This matter was referred to a United

20   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On December 4, 2023, the Magistrate Judge issued findings and recommendations

22   recommending that the petition for writ of habeas corpus be denied. (ECF No. 24.) The findings

23   and recommendations were served on the parties and contained notice that any objections were to

24   be filed within thirty (30) days of the date of service of the findings and recommendations. (*Id.* at

25   25.) To date, no objections have been filed, and the time for doing so has passed.

26        In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a *de*

27   *novo* review of the case. Having carefully reviewed the case filings, the Court holds the findings

28   and recommendations to be supported by the record and proper analysis.

1

Having found that Petitioner is not entitled to habeas relief, the Court now turns to whether a certificate of appealability should issue. A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is allowed only in certain circumstances. *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003); 28 U.S.C. § 2253. If a court denies a habeas petition on the merits, the court may issue a certificate of appealability "if jurists of reason could disagree with the district court's resolution of [the petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 327; *see also Slack v. McDaniel*, 529 U.S. 473, 484 (2000). While the petitioner is not required to prove the merits of his case, he must demonstrate "something more than the absence of frivolity or the existence of mere good faith on his . . . part." *Miller-El*, 537 U.S. at 338.

In the present case, the Court finds that reasonable jurists would not find the Court's determination that the petition should be denied debatable or wrong, or that Petitioner should be allowed to proceed further. Petitioner has not made the required substantial showing of the denial of a constitutional right. Therefore, the Court declines to issue a certificate of appealability.

Accordingly,

1.  The findings and recommendations issued on December 4, 2023, (ECF No. 24), are adopted in full;

2.  The petition for writ of habeas corpus is denied;

3.  The Clerk of Court is directed to close the case; and

4.  The Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   March 21, 2024

UNITED STATES DISTRICT JUDGE